UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 1 3 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | |
| ) 4: 13CR00061HEA | |
| CORTEZ DARRELL SIPES, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 7, 2012, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZ DARRELL SIPES,**

the Defendant herein, having been previously convicted, in a court of law, of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm; to wit: SWD make, M-11 model, nine millimeter caliber, semi-automatic pistol bearing serial number 890004551, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney