UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:13 CR 61-1 HEA |
| | ) |
| **CORTEZ DARRELL SIPES,** | ) |
| | ) |
| Defendant. | ) |

**STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Cristian M. Stevens, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

s/*Cristian M. Stevens*
CRISTIAN M. STEVENS, #28958MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Kristy Ridings, Attorney for defendant, and Amanda Donley, United States Probation Officer.

/s/*Cristian M. Stevens*
CRISTIAN M. STEVENS, #28958MO
Assistant United States Attorney